JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA DIANE WILLIAMS, | ) NO. CV 21-4353-JLS(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| Warden, | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 24, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE